### SANDISFIELD.

#### Illegal votes.

THE election in this town was controverted on the ground,
that several persons not legally entitled to vote, namely, three
persons under the age of twenty-one years, two who had not
resided a sufficient length of time in the commonwealth, and
one of them not a sufficient time within the town ; one person
who had not paid the necessary tax ; two persons who were
*non compotes mentis,* and one pauper, voted in the election ;
that all these persons were known to be favorable to the mem-
bers returned, and were believed to have voted for them ; and
that if these votes were deducted from the number of votes

[1] 59 J. H. 48, 65, 83, 286.

given for the members returned, the latter would not have received a majority of all the votes given in.

The committee on elections reported, " that they had attentively considered the petition and the testimony introduced by the petitioners in support thereof, and were of opinion, that the allegations therein had not been supported; and, consequently, that the members returned were entitled to their seats."

This report was agreed to.[1]  Mr. Alvord, of Greenfield, afterwards moved a reconsideration, but the motion failed.